# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO: 5:19-cr-64-Oc-28PRL

DAVID ISAGBA

## ORDER

Defendant David Isagba, appearing pro se in this case, has filed a "Motion to Dismiss Superceding Indictment" (Doc. 120). The Court has reviewed the motion and, as stated in open court during a status conference on December 18, 2020, finds the motion to be wholly devoid of merit. Accordingly, it is **ORDERED** that the motion (Doc. 120) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on December 18, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
David Isagba