UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

CASE NO. 5-19-CR-64-OC-Z7PRL

-versus-

DAVID ISAGBA
JOYCE ISAGBA

## TRIAL BRIEF

COME NOW, DAVID ISAGBA, Defendant for the case stated above hereby file a trial brief regarding witnesses to be cross examine during trial proceeding set for on May 25th 2021.

1. Special Agent Richard Smith, IRS
2. Court Witness Lan Castle, IRS
3. Court Witness Andrea Ipson, IRS
4. Revenue Officer Jacob Astarita, IRS
5. Chance Cook, Seacoast Bank
6. Joanna Mojica, BMW of Tenafly
7. David W Holt, Plaza Cadilac
8. Tonia Gibbs, Steel City Title
9. Patrick Fernan, Administrator Wisconsin DMV
10. Tierney Evans, Wells Fargo Bank
11. Samuel Brown, Jr,. BB&T Bank
12. Kathy Jones, Fields BMW
13. Ja'mese Sconiers, Sun Trust Bank

David Isagba reserves the right to cross examine any additional witness brought forth during the trial.

Respectfully submitted,

David Isagba, Defendant, ***pro se***
1002 Apalachee Run Trail
Dacula, Georgia 30019

## Certificate of Service

I certify that a copy of the Defendant Trial Brief was served by electronic filing on May 20, 2021 to

William S. Hamilton

Assistant United States Attorney

35 SE 1st Avenue, Suite 300

Ocala, Florida 34471

Respectfully Submitted

David Isagba, Pro Se